UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOWNSEL, | 1:15-cv-01305 LJO DLB (PC) |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS (Document 2) |
| v. | |
| MADERA COUNTY DEPT. OF CORRECTION, | ORDER DIRECTING CLER OF COURT TO REMOVE DISTRICT COURT JUDGE ASSIGNEMENT |
| Defendant. | |

In the instant action, Plaintiff filed an application to proceed in forma pauperis. Examination of these documents reveals that plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED.

The Clerk of Court is ORDERED to remove the District Judge assignment at this time.

IT IS SO ORDERED.

Dated:   **September 4, 2015**         /s/ *Dennis L. Beck*
                                                                UNITED STATES MAGISTRATE JUDGE

1