# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOWNSEL, | Case No. 1:15-cv-01305 DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO STATE A CLAIM |
| v. | |
| MADERA COUNTY DEPARTMENT OF CORRECTIONS, | **THIRTY-DAY RESPONSE DEADLINE** |
| Defendant. | |

Plaintiff David Townsel ("Plaintiff") is a former prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed this action on August 24, 2015.[1]

On December 9, 2015, the Court screened Plaintiff's complaint and dismissed it with leave to amend. Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and Plaintiff has not file an amended complaint or otherwise contacted the Court.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a Court order and failure to state a claim. Plaintiff may also comply by filing an amended complaint, or a notice of voluntary dismissal.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on September 8, 2015.

1

<u>If Plaintiff fails to respond to this order, the Court will dismiss this action for failure to follow a Court order and for failure to state a claim.</u>

IT IS SO ORDERED.

Dated:   **January 20, 2016**                              /s/ *Dennis L. Beck*
                                                     UNITED STATES MAGISTRATE JUDGE