1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID TOWNSEL,                          Case No. 1:15-cv-01305 DLB PC

12              Plaintiff,                     ORDER TO SHOW CAUSE WHY ACTION
                                               SHOULD NOT BE DISMISSED FOR
13         v.                                  FAILURE TO FOLLOW COURT ORDERS
                                               AND FAILURE TO PROSECUTE
14    MADERA COUNTY DEPARTMENT OF
      CORRECTIONS,
15
                Defendant.
16

17

18         Plaintiff David Townsel ("Plaintiff") is a former prisoner proceeding pro se and in forma

19   pauperis in this civil rights action.  Plaintiff filed this action on August 24, 2015.[1]

20         On December 9, 2015, the Court screened Plaintiff's complaint and dismissed it with leave to

21   amend.  Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of

22   service of the order.

23         On January 20, 2016, after the time for filing an amended complaint had passed, the Court

24   issued an order to show cause why the action should not be dismissed for failure to follow a Court

25   order.  Plaintiff was ordered to file a response within thirty (30) days.

26

27

28   _____
     [1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on September 8, 2015.

                                                    1

On January 25, 2016, Plaintiff filed a notice of change of address and requested an extension of time to file an amended complaint.  Plaintiff indicated that he did not receive the December 9, 2015, order.

Based on Plaintiff's response, the Court vacated the order to show cause on January 27, 2016.  The Court also granted Plaintiff an additional thirty (30) days to file his amended complaint. To ensure that Plaintiff had the necessary documents, the Court also provided Plaintiff with a copy of the December 9, 2015, order.

Over thirty (30) days have passed, however, and Plaintiff has again failed to file an amended complaint.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for his repeated failure to follow Court orders and failure to prosecute. Plaintiff may also comply by filing an amended complaint, or a notice of voluntary dismissal.

<u>Failure to file a response or otherwise comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   __**March 18, 2016**__                    _____/s/ *Dennis L. Beck*_____
                                              UNITED STATES MAGISTRATE JUDGE

2